**Order entered September 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00413-CV

### JOHN C. GANTER, Appellant

### V.

### INDEPENDENT BANK, F/K/A UNITED COMMUNITY BANK, N.A., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-13675**

## ORDER

We **GRANT** appellee's September 24, 2015 third motion for extension of time to file brief and **ORDER** the brief be filed no later than October 23, 2015.

/s/    CRAIG STODDART
       JUSTICE